UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

MAR 24 2009

FILED

**IN RE THE MATTER OF:**

Scott Drohan
(Petitioner's name)

Case No. 09-mj-26
(If known)

## REQUEST FOR APPOINTMENT OF COUNSEL

I, __Scott Drohan__
(name)

respectfully request appointment of counsel to represent me as a

- ☐ grand jury target
- ☐ grand jury witness
- ☑ criminal defendant
- ☐ trial witness

☐ other: _____

I am financially unable to hire counsel.  A completed Financial Affidavit is attached.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 3.24.09                          _____
                                        Signature of Petitioner

NOTE FOR GRAND JURY OR WITNESS REPRESENTATION REQUESTS:  In order for a request for counsel to be considered by the court, the petitioner must attach either a 1) grand jury target letter, or 2) witness subpoena.

### RULING BY JUDICIAL OFFICER

☑ Request Approved.  Appoint counsel.

☐ Request Denied.

Date: 3-24-09                          _____
                                        U.S. Magistrate Judge

USDCNH-17 (Rev. 5-07) (Previous Editions Obsolete)