```
             UNITED STATES DISTRICT COURT FOR THE
                   DISTRICT OF NEW HAMPSHIRE
```

<u>United States of America</u>

       v.                        Criminal No. 10-cr-38-01-JD

<u>Scott Drohan</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 26 ) filed by defendant is granted; Trial is continued to the two-week period beginning August 3, 2010, 09:30.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                              <u>*/s/Joseph A. DiClerico, Jr.*</u>
                                              Joseph A. DiClerico, Jr.
                                              United States District Judge

Date: May 19, 2010

cc: Jessica C. Brown, AFD
    Robert M. Kinsella, AUSA
    U.S. Marshal
    U.S. Probation